UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SHAEL CRUZ,
                            Plaintiff,  :  21 Civ. 10014 (LGS)

            -against-  :  ORDER

W.B. HUNT CO., INC.,
                          Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS this case was referred to Magistrate Judge Barbara C. Moses on December 6, 2021, for general pretrial (Dkt. No. 5). It is hereby

      **ORDERED** that the Order of Reference at Dkt. No. 5 is **VACATED**.

Dated: April 12, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE