UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SHAEL CRUZ,
                                Plaintiff,

               -against-

W.B. HUNT CO.,
                              Defendant.
------------------------------------------------------------X

21 Civ. 10014 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 13, 2022, required the parties to file a proposed case management plan and joint letter by May 18, 2022, and scheduled an initial conference for May 25, 2022, at 4:10 p.m. (Dkt. No. 12.)

WHEREAS, the parties have not filed a proposed case management plan and joint letter. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **May 23, 2022**, at **noon**.

Dated: May 20, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE