UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SHAEL CRUZ, Individually, and On Behalf of : Case No.: 1:21-cv-10014
All Others Similarly Situated,                              :
                                                            :
                         Plaintiff,                         :
                                                            :
          vs.                                               :
                                                            : **NOTICE OF SETTLEMENT**
                                                            :
W.B. HUNT CO., INC.,                                        :
                                                            :
                         Defendant.                         :
                                                            :
---------------------------------------------------------------x

    Plaintiff Shael Cruz ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant W.B. Hunt Co., Inc. ("Defendant") (collectively, the "parties"), and states as follows:

    1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

    2.    The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  May 22, 2022                           **MIZRAHI KROUB LLP**

                                                   /s/ Joseph H. Mizrahi
                                                   JOSEPH H. MIZRAHI

- 2 -

                JOSEPH H. MIZRAHI
                JARRETT S. CHARO
                WILLIAM J. DOWNES
                200 Vesey Street, 24th Floor
                New York, NY 10281
                Telephone: 212/595-6200
                212/595-9700 (fax)
                jmizrahi@mizrahikroub.com
                jcharo@mizrahikroub.com
                wdownes@mizrahikroub.com

*Attorneys for Plaintiff*